# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed on August 29, 2014)

| | |
|---|---|
| GRACE M. GOODEAGLE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 12-431L |
| ) | |
| v. ) | Hon. Thomas C. Wheeler |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| QUAPAW TRIBE OF OKLAHOMA, ) | |
| ) | No. 12-592L |
| Plaintiff, ) | |
| ) | Hon. Thomas C. Wheeler |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| THOMAS CHARLES BEAR, *et al.*, ) | |
| ) | No. 13-51X |
| Claimants, ) | |
| ) | Hon. Thomas C. Wheeler |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

Pursuant to this Court's orders of May 29, 2014, ECF No. 56 in *Goodeagle*, ECF No. 41 in *Quapaw Tribe*, ECF No. 36 in *Bear*, the United States submits this status report on the progress of its discovery efforts and discovery efforts that remain to be completed in these cases.

I.     **INTRODUCTION**

The United States refers the Court to the "Background" section of the June 30, 2014, status report, ECF No. 59 in *Goodeagle*, ECF No. 41 in *Quapaw Tribe*, ECF No. 39 in *Bear*, for a summary of these cases and the scope of associated discovery.  As of August 29, 2014, the United States had produced one Microsoft Access database, two Microsoft Excel spreadsheets, one Concordance Passport database, and 238,655 document images (73,538 documents) as part of its initial disclosures, in response to informal data requests from plaintiffs, and in response to plaintiffs' requests for production.

II.    **DISCOVERY ACTIVITIES SINCE JULY 31, 2014**

On August 7, 2014, the United States produced 11,374 document images (8,002 documents) and associated metadata for documents imaged at the American Indian Records Repository ("AIRR").  This collection included Individual Indian Money account statements, jacket files, and related correspondence; probate files; deeds and patents; appraisals; bills for collection; leases and encumbrances including, but not limited to, farming and grazing, town lots, and rights of way; and maps of chat piles.

On August 11, 2014, the United States produced in Concordance Passport format a courtesy copy of the Agreed-Upon Procedures and Findings Report, associated documents and metadata, and "follow-on" work performed for the United States Department of the Interior for the Quapaw Tribe of Oklahoma in response to the American Indian Trust Fund Management Reform Act of 1994, specifically 25 U.S.C. § 4044.

On August 15, 2014, the United States produced 28,243 document images (17,610 documents) and associated metadata for documents imaged at the AIRR.  This collection included Tribal Council resolutions; Individual Indian Money account statements, jacket files,

and related correspondence; probate files; deeds and patents; appraisals; bills for collection; leases and encumbrances including, but not limited to, farming and grazing, town lots, and rights of way, and related correspondence; appraisals; production and royalty reports; Indian mineral assessment records; Indian Land Consolidation Act files; and land lease case files.

On August 27, 2014, the United States served its responses and objections to plaintiffs' first set of requests for admission and second set of interrogatories.

### III.   ONGOING DISCOVERY EFFORTS

The United States is in the final stages of preparing for production a collection of documents from the Federal Records Center in Lakewood, Colorado, of retired Minerals Management Service documents pertaining to chat royalties and chat sales on the former Quapaw reservation.  The United States anticipates producing this collection within the next two weeks.

As previously reported, plaintiffs have propounded twenty-nine requests for production in these cases.  A fair summary of these requests is that plaintiffs have requested all Quapaw-related trust management documents for both individual tribal members and the tribe from 1893 to the present.  In addition to the discovery efforts to date, described in part above, the United States and its litigation consultants have identified over 1,700 boxes at the AIRR in Lenexa, Kansas, that are likely to contain documents responsive to plaintiffs' requests.  To date, the United States and its litigation consultants have reviewed approximately 435 of those boxes. The total number of boxes to be reviewed at the AIRR will be refined as the search progresses. The United States and its litigation consultants use data from searched boxes (*e.g.*, number and nature of responsive documents in the boxes) to ascertain whether certain boxes yet-to-be-reviewed need not be reviewed, or whether additional boxes should be pulled and reviewed.

The Department of the Interior's Office of the Solicitor has reviewed in excess of 500 boxes of documents at the AIRR for documents responsive to plaintiffs' discovery requests. All AIRR volumes need to be reviewed by the Department of Justice and the Office of the Solicitor for responsiveness and privilege. Upon completion of that review, the United States will Bates stamp and produce responsive non-privileged documents on a rolling basis. The United States is unable, at this time, to predict when it will complete its review of documents at the AIRR for Quapaw documents. Currently, the United States has approximately 150,000 document images (106,000 documents) from the AIRR that need to be reviewed.

On August 14, 2014, the United States moved for an order modifying the Court's scheduling order to extend the fact discovery deadlines in these cases. Plaintiffs' response to the United States' motion is currently due on September 2, 2014.

Respectfully submitted, August 29, 2014,

        SAM HIRSCH
        Acting Assistant Attorney General

        *s/ Stephen R. Terrell*
        STEPHEN R. TERRELL
        Trial Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel:  (202) 616-9663
        Fax:  (202) 305-0506
        Stephen.Terrell@usdoj.gov

        Attorney for the United States

        PETER KYRN DYKEMA
        United States Department of Justice
        Environment and Natural resources Division

        KENNETH DALTON
        SHANI N. WALKER

- 5 -

                KAREN F. BOYD
                United States Department of the Interior
                Office of the Solicitor

                THOMAS KEARNS
                REBECCA SALTIEL
                United States Department of the Treasury
                Bureau of the Fiscal Service
                Office of the Chief Counsel

                Of Counsel