# In the United States Court of Federal Claims

No. 12-431L

(Filed: September 11, 2014)

```
*************************************
                                    *
GRACE M. GOODEAGLE, et al.,         *
                                    *
                  Plaintiffs,       *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
*************************************
```

## AMENDED DISCOVERY SCHEDULING ORDER

On August 14, 2014, counsel for the Defendant moved to modify the existing scheduling order so as to enlarge the fact discovery deadline. After considering the briefs and arguments by counsel, the Court will extend the deadline by two months, and encourages the parties to work together to meet this timeline. Accordingly, Defendant's motion is GRANTED IN PART and DENIED IN PART. The Court hereby amends the discovery schedule as follows:

1. Completion of fact discovery on all claims – February 19, 2015;

2. Exchange of damages schedules or summaries and figures from books of account or other records on all claims – May 6, 2015;

3. Exchange of statements admitting or denying accuracy of other party's damages schedules or summaries – August 12, 2015;

4. Exchange of expert reports – November 18, 2015; and

5. Close of all discovery – February 18, 2016.

The Court will continue to conduct quarterly discovery conferences in open court to determine how discovery is proceeding, and to address any discovery problems or issues that the parties wish to raise.  The next quarterly discovery conference will be held on Tuesday, December 16, 2014 at 10:00 AM at the National Courts Building.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
