## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed on January 30, 2015)

| | |
|---|---|
| GRACE M. GOODEAGLE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 12-431L |
| ) | |
| v. ) | Hon. Thomas C. Wheeler |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| QUAPAW TRIBE OF OKLAHOMA, ) | |
| ) | No. 12-592L |
| Plaintiff, ) | |
| ) | Hon. Thomas C. Wheeler |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| THOMAS CHARLES BEAR, *et al.*, ) | |
| ) | No. 13-51X |
| Claimants, ) | |
| ) | Hon. Thomas C. Wheeler |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

Pursuant to this Court's orders of October 17, 2014, ECF No. 71 in *Goodeagle*, ECF No. 56 in *Quapaw Tribe*, ECF No. 51 in *Bear*, the United States submits this status report on the progress of its discovery efforts and discovery efforts that remain to be completed in these cases.

**I.     INTRODUCTION**

The United States refers the Court to the "Background" section of the June 30, 2014, status report, ECF No. 59 in *Goodeagle*, ECF No. 41 in *Quapaw Tribe*, ECF No. 39 in *Bear*, for a summary of these cases and the scope of associated discovery.  As of January 30, 2014, the United States had produced two Microsoft Access databases, three Microsoft Excel spreadsheets, one Concordance Passport database, and 424,417 document images (202,444 documents) as part of its initial disclosures, in response to informal data requests from plaintiffs, and in response to plaintiffs' requests for production.

**II.    THE UNITED STATES' MOTION TO MODIFY SCHEDULING ORDER**

On January 29, 2015, the United States filed its motion to modify the scheduling orders in these cases.  ECF No. 76 in *Goodeagle*, ECF No. 67 in *Quapaw Tribe*, ECF No. 56 in *Bear*.  Therein, the United States requests that the Court advance all deadlines in the current scheduling orders by fifty-six days.  The reason the United States seeks this modification of the scheduling orders is because even if the United States ceases reviewing paper documents in boxes at the American Indian Records Repository ("AIRR") on February 19, 2015, it will take several weeks thereafter for the sub-contractor responsible for imaging and coding those identified documents to complete its work and deliver those documents to the Departments of Justice and Interior. Additionally, it can take the Departments of Justice and Interior several weeks to review images it receives from the AIRR for privilege and responsiveness and to produce responsive, non-privileged, documents to plaintiffs' counsel.  Thus, the United States proposes that it cease paper document review activities at the AIRR on February 19, 2015, consistent with the Court's prior ruling on the United States' first motion to modify the scheduling orders, *see* ECF No. 62 in *Goodeagle*, ECF No. 47 in *Quapaw Tribe*, ECF No. 42 in *Bear*, but be permitted additional time

to process and produce to plaintiffs documents tagged for imaging on, or before, February 19.

## III.   DISCOVERY ACTIVITIES SINCE DECEMBER 30, 2014

On January 9, 2015, the United States produced documents from the AIRR including Individual Indian Money account case files, statements, jacket files, and related correspondence; chat files including bills for collection, chat sales agreements, and related correspondence; Indian Mineral Assessment Records; leases and encumbrances including, but not limited to, farming and grazing, town lots, and rights of way, and related correspondence; trespass and holdover-tenant-related documents; Tar Creek environmental assessment and remediation documents; probate records; correspondence and memoranda from the Bureau of Indian Affairs Realty and Probate departments; and field receipts and collection vouchers.  This production consisted of 37,555 document images (26,631 documents).

On January 14, 2015, the United States produced documents from the National Archives in Washington, D.C., ("NARA I") and the National Archives in College Park, Maryland ("NARA II") collected by the United States' litigation consultants that may be used to support the United States' defenses in these cases.  This production consisted of 3,062 document images (968 documents).

On January 28, the United States produced documents from NARA I and from the Ottawa County Courthouse collected by the United States' litigation consultants that may be used to support the United States' defenses in these cases.  This production consisted of 644 document images (486 documents).

## IV.   ONGOING DISCOVERY EFFORTS

Plaintiffs have propounded thirty requests for production in these cases.  A fair summary of those requests is that plaintiffs have requested all Quapaw-related trust management

documents for both individual tribal members and the tribe from 1893 to the present. As previously reported, the United States and its litigation consultants originally identified over 1,700 boxes at the AIRR in Lenexa, Kansas, that are likely to contain documents responsive to plaintiffs' requests. As of late-January, the United States and its litigation consultants have reviewed approximately 920 of those boxes. The United States will be unable to complete its review of all remaining boxes by February 19, 2015. Accordingly, the United States and its litigation consultants have created a priority list of boxes likely to contain documents responsive to plaintiffs' discovery requests. That priority list of boxes consists of 116 boxes. The United States anticipates completing its review of those priority boxes on, or before, February 19, 2015.

The Department of the Interior's Office of the Solicitor has reviewed in excess of 700 boxes of documents at the AIRR for documents responsive to plaintiffs' discovery requests. All AIRR volumes need to be reviewed by the Department of Justice and the Office of the Solicitor for responsiveness and privilege. Upon completion of that review, the United States will Bates stamp and produce responsive non-privileged documents on a rolling basis. Currently, the United States has approximately 660,800 document images (433,237 documents) from the AIRR that need to be reviewed.

Respectfully submitted, January 30, 2015,

                      JOHN C. CRUDEN
                      Assistant Attorney General

                       *s/ Stephen R. Terrell*
                      STEPHEN R. TERRELL
                      Trial Attorney
                      United States Department of Justice
                      Environment and Natural Resources Division
                      P.O. Box 7611
                      Washington, D.C. 20044-7611
                      Tel:    (202) 616-9663
                      Fax:   (202) 305-0506

Stephen.Terrell@usdoj.gov

Attorney for the United States

PETER KYRN DYKEMA
United States Department of Justice
Environment and Natural resources Division

KENNETH DALTON
SHANI N. WALKER
KAREN F. BOYD
United States Department of the Interior
Office of the Solicitor

THOMAS KEARNS
REBECCA SALTIEL
United States Department of the Treasury
Bureau of the Fiscal Service
Office of the Chief Counsel

Of Counsel