# In the United States Court of Federal Claims

Nos. 12-431L, 12-592L, 13-51X

(Filed: October 13, 2016)

```
*****************************************
GRACE M. GOODEAGLE, et al.,                *
                          Plaintiffs,      *
  v.                                       *
                                           *
THE UNITED STATES,                         *
                          Defendant.       *
*****************************************
QUAPAW TRIBE OF OKLAHOMA,                  *
                          Plaintiff,       *
  v.                                       *
                                           *
THE UNITED STATES,                         *
                          Defendant.       *
*****************************************
THOMAS CHARLES BEAR, et al.,               *
                          Claimants,       *
  v.                                       *
                                           *
THE UNITED STATES,                         *
                          Defendant.       *
*****************************************
```

<u>ORDER</u>

On October 13, 2016, counsel for the parties appeared before the Court and indicated that a settlement agreement has been reached in principle.  The parties request removal of this case from the trial docket.  For good cause shown, the trial in the above

cases scheduled to recommence on October 14, 2016 in Washington D.C. is hereby cancelled.

As discussed with counsel, the Court will hold a status conference on Thursday, November 10, 2016 at 10:00 AM in the National Courts Building to discuss settlement progress.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge